## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MICHAEL FOSTER,
Appellant,

vs.

BRIAN WARD, N.D.O.C.,
Respondent.

No. 72311

FILED

MAR 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on January 31, 2017. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se letter filed on March 1, 2017.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-10025

cc:    John Michael Foster
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A